IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES HAIRSTON, )
  )
       Plaintiff, )
  )
  v. )
  ) 1:25-cv-520
NORTH CAROLINA DEPARTMENT )
OF MOTOR VEHICLES, PAUL )
TINE, Commissioner of )
NCDMV, and AGENT X, Employee )
of NCDMV-Carrboro, )
  )
       Defendants. )

## ORDER

On July 1, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636. However, the record reflects that Plaintiff filed a Notice of Appeal. (Doc. 4.) On October 20, 2025, the United States Court of Appeals for the Fourth Circuit dismissed the appeal for lack of jurisdiction. (Docs. 5, 6.)

Therefore, the court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED.**

**IT IS FURTHER ORDERED** that the Complaint, (Doc. 2), is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                                  /s/ William L. Osteen, Jr.
                                  United States District Judge